JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JANINE ABAD, | Case No.: ED CV 11-00213 VAP(OPx) |
|---|---|
| Plaintiff, | Action Filed: 02/03/2011 |
| vs. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| METROPOLITAN LIFE INSURANCE COMPANY; and MERRILL LYNCH SUPPLEMENTAL LTD PLAN, | [Lodged Concurrently With:<br>- Stipulation for Dismissal] |
| Defendants. | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

o:\ecf ready\ed11cv00213vap-abad-prop ord to dismiss.doc

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 28, 2011

_____
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted By:

BARGER & WOLEN LLP


By: */s/ Robert K. Renner*
    ROBERT K. RENNER
    Attorneys for Defendants

# **CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **July 22, 2011**, I electronically filed the foregoing **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

| | |
|---|---|
| Frank N. Darras, Esq. | Attorneys for Plaintiff |
| Lissa A. Martinez, Esq. | Janine Abad |
| Susan B. Grabarsky, Esq. | |
| DARRASLAW | |
| 3257 East Guasti Road | |
| Ontario, California 91761-1227 | |
| Telephone: (909) 390-3770 | |
| Facsimile: (909) 974-2121 | |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed at Irvine, California on **July 22, 2011**.

NAME: Gabriela Rubio   */s/ Gabriela Rubio*
　　　　　　　　　　　　An Employee of BARGER & WOLEN LLP